B9I (Official Form 9I) (Chapter 13 Case) (12/12)                                                                          Case Number **15−31633**

# UNITED STATES BANKRUPTCY COURT Middle District of Alabama

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on June 19, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Couriston Corbit
769 Lower Tuskegee Road
Tallassee, AL 36078

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
| --- | --- |
| 15−31633 | xxx−xx−9518 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
| --- | --- |
| Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104<br>Telephone number: 334−269−4440 | Curtis C. Reding<br>P. O. Box 173<br>Montgomery, AL 36101<br>Telephone number: 334−262−8371 |

## Meeting of Creditors
*** photo identification required ***

Date: **August 4, 2015**                                                 Time: **09:00 AM**
Location: **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **November 2, 2015**   For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: October 5, 2015**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **September 14, 2015**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>One Church Street<br>Montgomery, AL 36104<br>Telephone number: 334−954−3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Juan−Carlos Guerrero |
| --- | --- |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: June 20, 2015 |

**EXPLANATIONS**            B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

In re:  
Couriston Corbit  
    Debtor

Case No. 15-31633-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2    User: admin    Page 1 of 1    Date Rcvd: Jun 22, 2015  
Form ID: b9i    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2015.

```
db              +Couriston Corbit,    769 Lower Tuskegee Road,    Tallassee, AL 36078-4936
3332573         +1ST FRANKLIN,    4662 HIGHWAY 231,    WETUMPKA, AL 36092-3312
3332577          CENTURYLINK,    5 WILLIAM WHITE BLVD,    Pueblo, CO 81001-4894
3332578         +CHAPMAN DENTAL,    1550 E TRINITY BLVD,    Montgomery, AL 36106-2806
3332579         +Covington Credit,    1609 W. Montgomery Rd,    Tuskegee Institute, AL 36088-2216
3332570          EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3332572          EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3332584         +LOAN DEPOT,    PO BOX 242457,    Montgomery, AL 36124-2457
3332585         +RICE BANKING,    1617 SECOND AVE,    Opelika, AL 36801-5669
3332588        #+THE LOAN DEPOT,    211 BARNETT BLVD,    Tallassee, AL 36078-1503
3332571         +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3332589         +TRICOFIN,    PO BOX 781301,    TALLASSEE, AL 36078-0013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: jmilam@smclegal.com Jun 22 2015 22:00:45     Joshua C. Milam,
                 Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL  36104
tr              +E-mail/Text: ch13montgomery@ch13mdal.com Jun 22 2015 22:02:11      Curtis C. Reding,
                 P. O. Box 173,   Montgomery, AL 36101-0173
3332575         +E-mail/Text: G2APCBANK@southernco.com Jun 22 2015 22:01:09      ALABAMA POWER,    PO BOX 242,
                 Birmingham, AL 35292-0001
3332576         +EDI: AMSHER.COM Jun 22 2015 21:43:00      AMSHER COLLECTION SERV,    600 BEACON PKWY W STE 30,
                 BIRMINGHAM, AL 35209-3114
3332574         +E-mail/Text: G2APCBANK@southernco.com Jun 22 2015 22:01:10      Alabama Power,    PO Box 12545,
                 Birmingham, AL 35202-6545
3332580         +E-mail/Text: bk@creditcentralllc.com Jun 22 2015 22:02:03      CREDIT CENTRAL,
                 700 E NORTH ST STE 15,    GREENVILLE, SC 29601-3013
3332582         +E-mail/Text: bknotice@erccollections.com Jun 22 2015 22:01:28      Enhanced Recovery Corp,
                 ATTENTION: CLIENT SERVICES,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
3332586          EDI: AGFINANCE.COM Jun 22 2015 21:43:00      SPRINGLEAF FINANCIAL S,    601 NW 2ND ST,
                 EVANSVILLE, IN 47708
3332587         +EDI: AISTMBL.COM Jun 22 2015 21:43:00      T-MOBILE,    BANKRUPTCY TEAM,    PO BOX 53410,
                 Bellevue, WA 98015-3410
3332590         +EDI: AFNIVERIZONE.COM Jun 22 2015 21:43:00      Verizon,    500 TECHNOLOGY DR,    STE 550,
                 WELDON SPRING, MO 63304-2225
3332591         +E-mail/PDF: bk@worldacceptance.com Jun 22 2015 21:56:04      WORLD ACCEPTANCE CORP,
                 65 RUMBLING WATERS DRIVE,    WETUMPKA, AL 36092-3105
                                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3332581          CREDITCENTRL
3332583        ##+LAKEESA CORBITT,    6 PAXTON DR,    Tallassee, AL 36078-2127
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2015                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2015 at the address(es) listed below:  
NONE.  
                                                                                                                                                                            TOTAL: 0